JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR E. H., | Case No. ED CV 24-0058-E |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MARTIN J. O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed in part and the matter is remanded for further administrative action consistent with the Opinion filed concurrently herewith.

DATED: July 11, 2024.

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE