LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| VICTOR EDGAR HARO,<br>    Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY<br>Commissioner of Social Security,<br><br>    Defendant. | No: 5:24-cv-00058-E<br><br><u>ORDER AWARDING EAJA FEES</u> |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of SIX THOUSAND FOUR HUNDRED AND ONE DOLLARS AND 20/100 ($6,401.20) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: 8/13/2024    /s/ Charles F. Eick

HON. CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

-1-